| Information to identify the case: | | |
|---|---|---|
| Debtor | **Dr. Cameron A. Stewart, D.C. LLC**<br>Name | EIN   **48–4705011** |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter   **7**   **12/9/16** |
| Case number:   **3:16–bk–04487–JAF** | | |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set                          12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Dr. Cameron A. Stewart, D.C. LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9776 San Jose Blvd, Suite 3<br>Jacksonville, FL 32257 | |
| 4. | **Debtor's attorney**<br>Name and address | David P Grigaltchik<br>David P. Grigaltchik, P.A.<br>6144 Gazebo Park Place South<br>Suite 103<br>Jacksonville, FL 32257 | Contact phone 904–738–8398<br><br>Email: info@griglaw.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Gordon P. Jones<br>P O Box 600459<br>Jacksonville, FL 32260–0459 | Contact phone 904–262–7373 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 North Hogan Street Suite 3–150<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 904–301–6490<br><br>Date: December 12, 2016 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **January 19, 2017 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br>**FIRST FLOOR, 300 North Hogan St.**<br>**Suite 1–200, Jacksonville, FL 32202** |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                   page **1**

Debtor  **Dr. Cameron A. Stewart, D.C. LLC**                                    Case number **3:16–bk–04487–JAF**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**   **Filing deadline: 4/19/17** |
| | | **Deadline for governmental units to file a proof of claim:**   **Filing deadline: 180 days from the date of filing** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          page **2**