UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No:  16-04487-3F7

DR. CAMERON A. STEWART D.C. LLC
_____ Debtor(s)./

**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY
FILED BY BBVA COMPASS BANK**

The Trustee, Gordon P. Jones, files this response to the Motion for Relief from Stay filed by BBVA Compass Bank and alleges:

1.      The §341 Meeting of Creditors is scheduled for January 19, 2017; therefore, the Trustee has not had the opportunity to duly investigate the financial affairs of the above-named Debtor(s).

2.      Trustee is uncertain if Creditor has properly perfected its security interest and is investigating potential avenues for liquidation of subject property.

Wherefore, the Trustee requests this Court to enter an order denying the movant's motion for relief from stay, or alternatively, set this Motion for a preliminary hearing.

Dated: January 3, 2017

*/s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL  32260-0459
(904) 262-7373
Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 3RD day of January, 2017 or electronically by the Bankruptcy Noticing Center, to the following:

David P Grigaltchik
David P. Grigaltchik, P.A.
6144 Gazebo Park Place South
Suite 103
Jacksonville, Fl  32257

Nardella & Nardella, PLLC
Michael A. Nardella, Esquire
250 E. Colonial Dr., Suite 102
Orlando, FL  32801

Office of United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801

*/s/ Gordon P. Jones*
Trustee