ORDERED.

Dated: January 27, 2017

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

DR. CAMERON A. STEWART, D.C., LLC,   Case No: 3:16-bk-04487-JAF
                                     Chapter 7
　　Debtor.
_____/

**ORDER GRANTING BBVA COMPASS BANK'S MOTION FOR RELIEF**
**FROM STAY TO FORECLOSE ON REAL AND PERSONAL PROPERTY (DOC. 14)**

THIS CASE came on for consideration on the Motion for Relief from Automatic Stay to Foreclose on Real and Personal Property (the "Motion") (Doc. 14) filed by BBVA Compass Bank (the "Movant"). The Motion was served by negative notice, no appropriate response was timely filed, and any objections were withdrawn. Accordingly, it is hereby

ORDERED:

1.　　The Motion is GRANTED.

2.　　The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to (a) Movant's interest in any real property of the Debtor's including condominium units that are part of the project known as the Mandarin Professional Complex Condominium, the legal description of which is attached hereto as **Exhibit A** (the "Real Property"), and (b) Movant's interest in any personal property of the Debtor's including all of Debtor's accounts, inventory, equipment,

2

fixtures, and general intangibles and other collateral (the "Personal Property," and together with the Real Property, the "Property").

3. This order granting relief from stay is entered for the purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of or foreclose the Property, to hold any UCC sale of the Personal Property or abandon it, to seek appointment of a receiver or to make demands for rents, and to have such other and further *in rem* relief as is just as to the Property.

4. The 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is waived, and this Order is effective immediately.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

## EXHIBIT A

### PROPERTY DESCRIPTION

Unit No.3 AND 4, Mandarin Professional Complex Condominium, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 6592, page 1163, of the Public Records of Duval County, Florida, and all amendments thereto, together with its undivided share in the common elements.

{01388635;v1 }