UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  .                                                                                Case No: 16-04487-3F7

DR. CAMERON A. STEWART D.C. LLC

_____Debtor(s)./

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 14 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OR SERVICE ATTACHED TO THIS PAPER, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U. S. MAIL.

IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT 300 N. HOGAN STREET, SUITE 3-150, JACKSONVILLE, FLORIDA 32202 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GORDON P. JONES, P. O. BOX 600459, JACKSONVILLE, FLORIDA 32260 AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER/OR MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE RESPONSE AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.

IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

PURSUANT TO 11 U.S.C. § 554, FEDERAL RULES OF BANKRUPTCY PROCEDURE 6007, AND M.D. FLA. L.B.R. 2002-4, NOTICE IS HEREBY GIVEN OF THE TRUSTEE'S INTENTION TO ABANDON THE FOLLOWING DESCRIBED PROPERTY:

> Real property located at 9976 San Jose Blvd., Units 3 and 4, Jacksonville, Florida and personal property contained therein

THE PROPERTY IS BEING ABANDONED FOR THE FOLLOWING REASONS:

THE PROPERTY IS BURDENSOME TO THE ESTATE AND IS OF INCONSEQUENTIAL VALUE AND BENEFIT TO THE ESTATE IN THAT THE PROPERTY IS SUBJECT TO A PERFECTED SECURITY INTEREST THAT EXCEEDS THE VALUE OF THE PROPERTY. **UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF MAILING OF THIS NOTICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE, THE PROPERTY SHALL BE DEEMED ABANDONED.**

Dated: February 27, 2017

/s/ Gordon P. Jones
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL  32260-0459
(904) 262-7373
Trustee

    A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 27th day of February, 2017 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the attached mailing matrix.

/s/ Gordon P. Jones
Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:16-bk-04487-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Feb 27 15:06:07 EST 2017 | BBVA Compass Bank<br>c/o Nardella & Nardella, PLLC<br>250 E. Colonial Drive, Suite 102<br>Orlando, FL 32801-1231 | Dr. Cameron A. Stewart, D.C. LLC<br>9776 San Jose Blvd, Suite 3<br>Jacksonville, FL 32257-5464 |
| Naji Hassan<br>7 Star Realty<br>9951 Atlantic Blvd<br>Suite 130<br>Jacksonville, Fl 32225-6542 | Steven M Vanderwilt<br>9940 Hood Road<br>Jacksonville, FL 32257-1134 | BBVA/Compass Bank<br>15 20th Street S.<br>Suite 100<br>Birmingham, AL 35233-2011 |
| Bankers Leasing Company<br>PO Box 7740<br>Urbandale, IA 50323-7740 | Cameron A Stewart<br>1349 Wolfe Street<br>Jacksonville, FL 32205-8302 | Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 |
| Datasphere<br>3350 1st Ave SE<br>Bellevue, WA 98008 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| HAS Art Solutions<br>3139 Phillips Highway<br>Suite 100<br>Jacksonville, FL 32207-4307 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JEA<br>PO Box 45047<br>Jacksonville, FL 32232-5047 |
| Mandarin Newsline<br>12443 San Jose Blvd<br>Ste 403<br>Jacksonville, FL 32223-8650 | Mandarin Professional Comple<br>2180 W SR 434<br>Ste 5000<br>Longwood, FL 32779-5042 | Northwestern Mutual<br>622 Emerson Road<br>Suite 400<br>Saint Louis, MO 63141-6727 |
| Rachel Block-Stewart<br>1349 Wolfe Street<br>Jacksonville, FL 32205-8302 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | Jacob A. Brown +<br>Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 |
| Miriam G Suarez +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 |
| David P Grigaltchik +<br>David P. Grigaltchik, P.A.<br>6144 Gazebo Park Place South<br>Suite 103<br>Jacksonville, FL 32257-1086 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)Cameron A. Stewart<br>1349 Wolfe Street<br>Jacksonville, FL 32205-8302 | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    2<br>Total                 27 |